UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:21-cr-46-MMH-PDB

21 U.S.C. § 841(a)(1)

SHAWN CURTIS ROBINSON Jr.

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about March 11, 2021, in the Middle District of Florida, and elsewhere, the defendant,

SHAWN CURTIS ROBINSON Jr.,

did knowingly and intentionally distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(C).

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

### COUNT TWO

On or about March 16, 2021, in the Middle District of Florida, and elsewhere, the defendant,

1

SHAWN CURTIS ROBINSON Jr.,

did knowingly and intentionally distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(C).

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

## **COUNT THREE**

On or about March 23, 2021, in the Middle District of Florida, and elsewhere, the defendant,

SHAWN CURTIS ROBINSON Jr.,

did knowingly and intentionally distribute a controlled substance, which violation involved 50 grams or more of actual methamphetamine, a Schedule II controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(A).

Before the defendant committed the offense charged in this count, he had a final conviction for a serious drug felony, namely a conviction under 21 U.S.C. § 841(a)(1) and 841(b)(1)(C), for possession with intent to distribute cocaine base, on or about July 30, 2014, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

In violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) and 851.

## COUNT FOUR

On or about April 15, 2021, in the Middle District of Florida, and elsewhere, the defendant,

SHAWN CURTIS ROBINSON Jr.,

did knowingly and intentionally distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(C).

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

## FORFEITURE

1. The allegations contained in Counts One through Four are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2. Upon conviction of a violation of 21 U.S.C. § 841(a)(1), the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. The property to be forfeited includes, but is not limited to, the following:

        a.      $4,600.00 in United States currency; and

        b.      $6,980.00 in United States currency.

4. If any of the property described above, as a result of any acts or omissions of the defendants:

        a.      cannot be located upon the exercise of due diligence;

        b.      has been transferred or sold to, or deposited with, a third party;

        c.      has been placed beyond the jurisdiction of the Court;

        d.      has been substantially diminished in value; or

        e.      has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

        A TRUE BILL,

        _____
        Foreperson

KARIN HOPPMANN
Acting United States Attorney

By: _____
    LAURA COFER TAYLOR
    Assistant United States Attorney

By: _____
    FRANK M. TALBOT
    Assistant United States Attorney
    Chief, Jacksonville Division

FORM OBD-34
5/11/21 Revised

No. _____

UNITED STATES DISTRICT COURT
Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

SHAWN CURTIS ROBINSON, JR.

INDICTMENT

Violations: 21 U.S.C. § 841(a)(1)

A true bill,

_____
Foreperson

Filed in open court this 12th day

of May, 2021.

_____
Clerk

Bail $ _____

GPO 863 525