**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA                  CASE NO. 3:21-cr-46-MMH-PDB
v.
SHAWN CURTIS ROBINSON, JR.

<u>Counsel for Government:</u>                 <u>Counsel for Defendant:</u>
Laura Taylor                              Don Mairs

**HONORABLE MARCIA MORALES HOWARD**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Jodi L. Wiles          Court Reporter: Cindy Packevicz Jarriel

## CLERK'S MINUTES

**PROCEEDINGS OF:   TELEPHONIC CRIMINAL STATUS CONFERENCE**

Defendant moves to continue the trial.

The government has no objection to the continuance.

Defendant's <u>ore</u> <u>tenus</u> motion to continue the trial is **GRANTED**.  For the reasons stated on the record during the hearing, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the Defendant in a speedy trial.  All time from now until the end of the October 2021 trial term shall be excludable time.

    **CASE RESET:**
    Status:           September 20, 2021, at 3:00 p.m.
    **Trial Term:**    October 4, 2021, at 9:00 a.m.

Plea agreement deadline set for **September 27, 2021**.

Date: July 19, 2021     Time: 3:20 p.m. – 3:23 p.m.     Total: 3 Minutes