United States District Court For The
Middle District of Florida
300 North Hogan Street, Jacksonville, Fl 32202

FILED MAY 24, 2021

**Prepared For:**

The Honorable Ms. Burksdale
United States Magistrate Judge

2021 JUL 26 PM 3:36

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF
JACKSONVILLE, FLORIDA

**Prepared By:**

Shawn Curtis Robinson
Federal USM # 58881-018
Baker County Detention Center
1 Sheriffs Office Drive
MacClenny, Fl 32063

I, Shawn Curtis Robinson, would like to invoke my 6th amendment right under the Constitution to be represented by effective counsel without conflict of interest. Strickland v. Washington 466 U.S. 688 (1984)

Defense Counsel, Donald B. Maris and I hold and maintain irreconcilable differences which have resulted in a conflict of interest in representation because my interest diverges with factual and/or legal issues; and/or legal course of action. I do not wish to be futher represented by the said Defense Counsel.

Sincerely,
x Shawn Curtis Robinson
x [signature]