United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA**

v.                                                                                       NO. 3:21-cr-46-MMH-PDB

**SHAWN CURTIS ROBINSON**

---

# Clerk's Minutes

| **Proceeding** | Motion Hearing by Video Teleconference |
|---|---|
| **Date** | August 23, 2021 |
| **Time** | 2:02—2:20 p.m. |
| **Judge** | Patricia Barksdale, United States Magistrate Judge |
| **Courtroom Deputy** | Angela Loeschen, Courtroom Deputy |
| **Counsel for United States** | Laura Taylor, Assistant United States Attorney |
| **Counsel for Defendant** | Don Mairs, Esquire |
| **Digital/Reporter** | Digital |

The parties were present to discuss Mr. Robinson's pro se motion for appointment of new counsel. Doc. 33.

Judge Barksdale confirmed everyone can see and hear the proceeding clearly.

Ms. Taylor provided a status of the case. Without her objection, Judge Barksdale excused her from the remainder of the proceeding.

Mr. Mairs confirmed the status of the case and stated his position on the motion.

Mr. Robinson stated his position on the motion.

Judge Barksdale granted Mr. Robinson's motion, Doc. 33, permitted Mr. Mairs to withdraw, and, based on the previous finding that Mr. Robinson is unable to afford counsel, will appoint new counsel to represent him in this case. A written order will follow.