United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA,**

*Plaintiff,*

v.                                                                NO. 3:21-cr-46-MMH-PDB

**SHAWN CURTIS ROBINSON**

*Defendant.*

___

# Order

Earlier today, the Court conducted a hearing on Shawn Curtis Robinson's motion for appointment of new counsel. Doc. 33. For the reasons stated on the record, the Court **grants** the motion and permits Don Mairs, Esquire, to withdraw as counsel for Mr. Robinson. Based on the previous finding that Mr. Robinson has insufficient resources to employ counsel within the meaning of 18 U.S.C. § 3006A, Doc. 7, the Court appoints Darcy Galnor, Esquire, to represent him in this case.

**Ordered** in Jacksonville, Florida, on August 23, 2021.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c: Laura Taylor, Assistant United States Attorney
Don Mairs, Esquire
Darcy Galnor, Esquire