**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.                                                                    Case No.   3:21-cr-46-MMH-PDB

SHAWN CURTIS ROBINSON, JR.
  a/k/a Shawn Curtis Robinson

## O R D E R

**THIS CAUSE** is before the Court on Defendant's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(C)(1)(A) and First Step Act of 2018 (Dkt. No. 73; Motion) filed on July 14, 2025.   In the Motion, Defendant asserts that his sentence should be reduced because the methamphetamine drug purity was unjust and disproportionate, and to avoid unwarranted sentencing disparities.   See generally Motion.   The United States opposes the Motion and argues that these are not recognized as extraordinary and compelling reasons.   See United States' Response in Opposition to Defendant's Motion for Compassionate Release (Dkt. No. 75). Upon review of the Motion and Response, the Court finds that Defendant has failed to establish extraordinary and compelling circumstances, and therefore, a reduction of his sentence is not permitted.   Accordingly, it is

**ORDERED:**

Defendant's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(C)(1)(A) and First Step Act of 2018 (Dkt. No. 73) is **DENIED**.

**DONE AND ORDERED** in Jacksonville, Florida this 3rd day of November, 2025.

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record
Defendant